**Melvin Leroy TYLER; Kevin Bromwell; Duc Duong, Appellants,**

v.

**Marion V. FAVAZZA, Clerk, Circuit Court of St. Louis City, Appellee.**

**No. 06–3887.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 13, 2007.

Filed: Dec. 3, 2007.

Melvin Leroy Tyler, Jefferson City, MO, pro se.

Kevin Bromwell, Bonne Terre, MO, pro se.

Duc Duong, Jefferson City, MO, pro se.

Francis X. Duda, Anderson & Gilbert, St. Louis, MO, for Appellee.

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Missouri inmates Melvin Leroy Tyler, Kevin Bromwell, and Duc Duong appeal following the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having carefully reviewed the record and considered appellants' arguments, we find no basis for reversing the orders challenged on appeal. Accordingly we affirm, *see* 8th Cir. R. 47B, although we modify the dismissal of the supplemental state law claims to be without prejudice, *see Franklin v. Zain,* 152 F.3d 783, 786 (8th Cir.1998). We also deny appellants' pending motions.

Eastern District of Missouri.